UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

'05 DEC -6 P2:24

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERTO ACEVEDO-RIVERA,
ANANDA CHAVEZ-FELICIA NO,
JESUS M. ESTRADA,
LYNDA ESTRADA,
EMERENCIANO FELICIA NO,
EDWIN FELICIA NO,
JOHNNY GASTON,
ORLANDO LEBRON,
WILLIAM MATOS,
JOEL MORALES,
IVAN ALEX NUNEZ,
ESTHER ROSARIO,
JOSE SANTIAGO, and
JOSE SERRANO,

Defendants.

Case No.

[Title 18, U.S.C., §§ 2 and Title 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A), (b)(1)(B), (b)(1)(C), 846, and 853]

05 CR295

# INDICTMENT

THE GRAND JURY CHARGES:

**COUNT ONE**

1. Beginning sometime in 2002 and continuing until on or about November 19, 2005, in the State and Eastern District of Wisconsin and elsewhere,

**ROBERTO ACEVEDO-RIVERA,**
**ANANDA CHAVEZ-FELICIA NO,**
**JESUS M. ESTRADA,**
**LYNDA ESTRADA,**

**EMERENCIANO FELICIA NO,**
**EDWIN FELICIA NO,**
**JOHNNY GASTON,**
**ORLANDO LEBRON,**
**WILLIAM MATOS,**
**JOEL MORALES,**
**IVAN ALEX NUNEZ,**
**ESTHER ROSARIO,**
**JOSE SANTIAGO, and**
**JOSE SERRANO,**

defendants herein, knowingly and intentionally conspired with persons known and unknown to the grand jury to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved one (1) kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance.

3. The primary purpose of the conspiracy was to accumulate money, wealth and other assets, through the transportation, distribution, and sales of heroin.

4. As part of the conspiracy, Ivan Alex Nunez purchased large quantities of heroin from sources of supply outside of the Eastern District of Wisconsin. Nunez was often "fronted" (provided on consignment) the heroin by these sources.

5. As a further part of the conspiracy, once Nunez obtained heroin from his sources, he distributed the heroin to several primary distributors in and around Milwaukee. Nunez often "fronted" the heroin to the primary distributors. The primary drug distributors for the conspiracy included, but were not limited to, Emerenciano Feliciano, Jesus Estrada, William Matos, and Robert Acevedo-Rivera. The primary distributors sold the heroin in smaller amounts, usually quarter gram amounts, to regular customers.



Case 2:05-cr-00295-JPS Filed 12/06/05 Page 2 of 20 Document 82

6. As a further part of the conspiracy, the coconspirators used various residences, businesses, storage lockers, and trap vehicles to transport, store, package, and sell the heroin.

7. As a further part of the conspiracy, the coconspirators used cellular telephones to communicate with each other while conducting their drug trafficking activities.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

**COUNT TWO**

That on or about January 21, 2004, in the State and Eastern District of Wisconsin,

**LYNDA ESTRADA,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT THREE**

That on or about February 3, 2004, in the State and Eastern District of Wisconsin,

**LYNDA ESTRADA,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR

That on or about March 5, 2004, in the State and Eastern District of Wisconsin,

**EMERENCIANO FELICIA NO,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT FIVE**

That on or about March 16, 2004, in the State and Eastern District of Wisconsin,

**EMERENCIANO FELICIA NO,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT SIX**

That on or about March 26, 2004, in the State and Eastern District of Wisconsin,

**EMERENCIANO FELICIA NO,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT SEVEN**

That on or about March 31, 2004, in the State and Eastern District of Wisconsin,

**LYNDA ESTRADA,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

**COUNT EIGHT**

That on or about February 7, 2005, in the State and Eastern District of Wisconsin,

**EDWIN FELICIA NO,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).



Case 2:05-cr-00295-JPS Filed 12/06/05 Page 10 of 20 Document 82

THE GRAND JURY FURTHER CHARGES:

**COUNT NINE**

That on or about February 18, 2005, in the State and Eastern District of Wisconsin,

**JESUS ESTRADA** and
**JOSE SERRANO,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

**COUNT TEN**

That on or about March 21, 2005, in the State and Eastern District of Wisconsin,

**EDWIN FELICIA NO,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT ELEVEN**

That on or about April 27, 2005, in the State and Eastern District of Wisconsin,

**EDWIN FELICIA NO,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT TWELVE**

That on or about April 28, 2005, in the State and Eastern District of Wisconsin,

**JOEL MORALES,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT THIRTEEN**

That on or about June 10, 2005, in the State and Eastern District of Wisconsin,

**EDWIN FELICIA NO,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT FOURTEEN**

That on or about June 22, 2005, in the State and Eastern District of Wisconsin,

**ORLANDO LEBRON,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT FIFTEEN**

That on or about July 27, 2005, in the State and Eastern District of Wisconsin,

**ORLANDO LEBRON,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

**COUNT SIXTEEN**

That on or about November 19, 2005, in the State and Eastern District of Wisconsin,

**ANANDA CHAVEZ-FELICIA NO** and
**IVAN ALEX NUNEZ,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

## FORFEITURE NOTICE

All property of the defendants constituting or derived from any proceeds the defendants obtained as a result of the violations set forth in all of the above counts, and all property of the defendants used or intended to be used to commit or facilitate the commission of the violations, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture include the following:

1. A personal money judgment against each defendant in the amount of $1,000,000.00, an amount representing the unseized proceeds of the violations charged in all of the above counts, and funds used to facilitate the violations;

2. Approximately $805.00 U.S. Currency seized from the person of Ivan Alexis Nunez in Boston, Massachusetts, on November 18, 2005;

3. Approximately $4,000.00 U.S. Currency seized from the residence of Emerenciano Felicia no, 3257 S. 21st St., Milwaukee, Wisconsin, on November 19, 2005;

4. Approximately $6,353.00 U.S. Currency seized from the residence of Ivan Alexis Nunez and Ananda Chavez-Felicia no, 1650 S. 6th St., Milwaukee, Wisconsin, on November 19, 2005;

5. Approximately $1,002.00 U.S. Currency seized from the person of Roberto Acevedo-Rivera at 2110 W. Layton Ave., #235, Milwaukee, Wisconsin, on November 19, 2005;

6. Approximately $1,700.00 U.S. Currency seized from a residence associated with Roberto Acevedo-Rivera, 2033 W. Warnimont, #4, Milwaukee, Wisconsin, on November 19, 2005;

7. Approximately $488.00 U.S. Currency seized from the person of Orlando Lebron at 2067 S. 5th Pl., Milwaukee, Wisconsin, on November 19, 2005; and

8. Approximately $468.00 U.S. Currency seized from the person of William Matos at 1 Sysco Way, Jackson, Wisconsin, on November 21, 2005;

A TRUE BILL:

[redacted]

FOREPERSON

Date: 12-6-2005

Steven M. Biskupic

STEVEN M. BISKUPIC
United States Attorney